IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WM HIGH YIELD FUND, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 04-3423 |
| MICHAEL A. O'HANLON, et al. | : | |

## ORDER

AND NOW, this 27th day of June, 2013, upon consideration of the parties' submissions,[1] it is hereby ORDERED that Defendant Matthew Colasanti's Motion for Summary Judgment (Doc. No. 259) is GRANTED, and it is further ORDERED that JUDGMENT is entered in favor of Defendant Colasanti and against Plaintiffs – WM High Yield Fund; WM Income Fund; WM VT Income Fund; AT High Yield Fund; AT Income Fund; and Stellar Funding, Ltd. – on all claims contained in the Complaint.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] Defendant Matthew Colasanti's submissions: Motion for Summary Judgment (Doc. No. 259), Statement of Material Facts as to Which There Is No Genuine Dispute (Doc. No. 259 at 4-9), Memorandum of Law (Doc. No. 259 at 10-36), Declaration of Michael Viano, Jr. (Doc. No. 259-1) with Exhibits (Doc. Nos. 259-2 through 259-11). Plaintiffs did not respond to the motion for summary judgment.