IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WM HIGH YIELD FUND, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 04-3423 |
| MICHAEL A. O'HANLON, et al. | : | |

ORDER

AND NOW, this 27th day of June, 2013, upon consideration of the parties' submissions,[1] it is hereby ORDERED that Defendant Terry Cady's Motion for Summary Judgment (Doc. No. 260) is GRANTED, and it is further ORDERED that JUDGMENT is entered in favor of Defendant Cady and against Plaintiffs – WM High Yield Fund; WM Income Fund; WM VT Income Fund; AT High Yield Fund; AT Income Fund; and Stellar Funding, Ltd. – on all claims contained in the Complaint.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] Defendant Terry Cady's submissions: Motion for Summary Judgment (Doc. No. 260), Statement of Material Facts as to Which There Is No Genuine Issue for Trial (Doc. No. 260 at 4-8), Memorandum of Law (Doc. No. 260 at 9-37), Declaration of Michael Viano, Jr. (Doc. No. 260-1) with Exhibits (Doc. Nos. 260-2 through 260-14), and Reply Brief (Doc. No. 282). Plaintiffs' submissions: Plaintiffs' Memorandum of Law (Doc. No. 275), Counter-Statement of Undisputed Facts (Doc. No. 276), Declaration of James P. McEvilly, III (Doc. No. 277) with Exhibits (Doc. Nos. 277-1 through 277-5).