IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WM HIGH YIELD FUND, et al.         :                       CIVIL ACTION
                                        :
                v.                   :
                                        :                       No. 04-3423
MICHAEL A. O'HANLON, et al.      :


ORDER

      AND NOW, this 12th day of August 2013, upon consideration of the parties'

submissions,[1] it is hereby ORDERED that Defendant Gerald Cohn's Motion for Summary

Judgment (Doc. Nos. 257, 257-1) is GRANTED, and it is further ORDERED that JUDGMENT

is entered in favor of Defendant Cohn and against Plaintiffs – WM High Yield Fund; WM

Income Fund; WM VT Income Fund; AT High Yield Fund; AT Income Fund; and Stellar

Funding, Ltd. – on all claims contained in the Complaint.



                                              BY THE COURT:

                                              /s/ Legrome D. Davis

                                              Legrome D. Davis, J.

---

[1] Defendant Gerald Cohn's submissions: Motion for Summary Judgment (Doc. Nos. 257, 257-1), Statement of Undisputed Facts (Doc. No. 257-2), Affidavit of Julian W. Friedman (Doc. No. 257-3) with Exhibits A-BB (Doc. Nos. 257-4 through 257-12), Memorandum of Law (Doc. No. 257-13), and Reply Brief (Doc. No. 279). Plaintiffs' submissions: Memorandum of Law (Doc. No. 272), Counter-Statement of Undisputed Facts (Doc. No. 273), Declaration of James P. McEvilly, III (Doc. No. 274) with Exhibits 1-4 (Doc. Nos. 274-1 through 274-3).